# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL FREDERIC MORA,

    Petitioner,

   v.

W. J. SULLIVAN, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 08-1359-SGL (JCR)

JUDGMENT

  Pursuant to the Court's Order Dismissing Petition without Prejudice As a Second and Successive Petition, the instant Petition for Writ of Habeas Corpus is dismissed without prejudice.

  IT IS SO ORDERED AND ADJUDGED.

DATED:  _4/29_  , 2008

          _____

          STEPHEN G. LARSON
          UNITED STATES DISTRICT JUDGE